UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23-cr-00072-LEW |
| | ) | |
| ALAN HOWELL PARROT, | ) | |
| | ) | |
| Defendant | ) | |

## WRITTEN JURY VOIR DIRE

Questions about various experiences you may have that might be relevant to the issues raised in this case, rather than in the courtroom, to protect your privacy and to allow for a more efficient jury selection process.  The information will only be viewed by the judge and attorneys involved in the case, and it will only be used for the purpose of jury selection.

**JUROR'S NAME AND JUROR NUMBER (Please print):**

_____

1.  Alan Parrot, the defendant in this case, is a Sikh, which is a group that follows Sikhism, a religious belief.  His appearance, including his use of a turban, is related to his commitment to his life as a Sikh. Would the fact that the defendant is a Sikh or would the defendant's appearance interfere with your ability to serve as a fair and impartial juror in this case?

    YES  _____          NO  _____

2.  Do you have any strong opinions or beliefs about Sikhs or persons who wear turbans?

    YES  _____          NO  _____

3.  Would a person's religious beliefs affect in any way your assessment of that person's credibility or actions?

    YES  _____          NO  _____

I affirm, under penalty of perjury, that I have given complete and honest answers to all the above questions.

Date:  _____     _____

                                   Juror Signature                              Juror Number